UNITED STATES (STETTINIUS v.). See Case No. 13,387.

---

## Case No. 16,391.

### UNITED STATES v. STEVENS.

[4 Cranch, C. C. 341.] [1]

Circuit Court, District of Columbia. Nov. Term, 1833.

KEEPING DISORDERLY HOUSE—EVIDENCE OF REPUTATION.

Upon a count for keeping a disorderly house, charging that the defendant suffered persons of ill fame to come together, &c., evidence may be given of the general reputation of such persons. And the same evidence is admissible upon a count for keeping a bawdy-house.

[Cited in Henson v. State, 62 Md. 235; State v. Towler, 13 R. I. 66.]

The indictment [against Jemima Stevens] had two counts: 1. For keeping a bawdy-house. 2. For keeping a disorderly house.

THE COURT permitted evidence to be given of the general reputation of the persons who visited the house, in support of the averment in the second count, that the defendant suffered persons of ill fame to come together, &c.; and also of the averment in the first count, that the defendant suffered evil-disposed persons, &c., to commit fornication, &c.

The following cases and authorities were cited: 2 Russ. 682, 683; Com. v. Stewart, 1 Serg. & R. 342; Archb. Cr. Law, 362; 2 Ld. Raym. 1197; 2 Chit. 39, note; 2 Burrows, 1293; 3 Chit. 674; 2 Atk. 339, &c.